1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LANCE WILLIAMS,                          No.  2:21-cv-0153 TLN AC P

12                    Plaintiff,

13         v.                                   ORDER

14    L. ZARAGOZA, et al.,

15                    Defendants.

16

17          Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this

18    civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 12, 2022, the court ordered plaintiff to file an application to proceed in

21    forma pauperis for a person who is not in custody.  ECF No. 12 at 3.  At that time, the court also

22    ordered the Clerk of Court to send plaintiff a copy of the court's non-prisoner in forma pauperis

23    application.  Id. at 3.

24          Recently, plaintiff filed an in forma pauperis application.  ECF No. 13.  However, the

25    application filed is one for a prisoner, not one for a non-prisoner.  See id.  Therefore, the Clerk of

26    Court will be ordered a second time to send plaintiff a copy of the court's in forma pauperis

27    application for a non-prisoner, and plaintiff will be given thirty days to complete and file it with

28    the court.

                                                1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The Clerk of Court shall send plaintiff a copy of the court's in forma pauperis

3   application for a non-prisoner, and

4         2.  Within thirty days from the date of this order, plaintiff shall fully complete and return

5   the application to proceed in forma pauperis by a non-prisoner in compliance with 28 U.S.C. §

6   1915(a)(1).

7   DATED: December 22, 2022

8                                      _____

                                     ALLISON CLAIRE

9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2