UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:21-cv-0153 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| L. ZARAGOZA, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges violations of his First and Eighth Amendment rights. See ECF No. 6. On June 15, 2023, defendants filed a motion to opt out of the post-screening ADR project. ECF No. 27. After reviewing the motion, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the court's Post Screening ADR Project (ECF No. 27) is GRANTED;

2. The stay of this action is LIFTED; and

3. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

DATED: June 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE