UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:21-cv-0153 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| L. ZARAGOZA, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983. The case has been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 26, 2023, defendants filed a motion to dismiss. ECF No. 29. The Local Rules require that either an opposition or a statement of non-opposition to a motion be filed within twenty-one days after the date of service of said motion. See Local Rule 230(l).[1] To date, plaintiff has not filed a response to the motion. It appears that plaintiff may have abandoned his case.

////

---

[1] Although plaintiff is no longer incarcerated, because the parties have not opted to change their subjection to Rule 230(l) despite plaintiff's non-incarcerated status, Local Rule 230(1) remains applicable, not the Local Rule for non-prisoners. See Local Rule 230(b)-(d) (non-prisoner rule); Local Rule 102(d) (giving court discretion to apply Local Rules when in interests of justice).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute; and

2. The filing within the twenty-one day period of either an opposition or a statement of non-opposition to defendants' motion to dismiss, ECF No. 29, will discharge this order to show cause.

DATED: July 25, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE