UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>L. ZARAGOZA, et al.,<br><br>    Defendants. | No. 2:21-cv-0153 DJC AC P<br><br>ORDER |

    Plaintiff has filed a motion for a sixty-day extension of time to file an opposition to defendants' motion to dismiss. ECF No. 31. It appears that the motion crossed in the mail with the court's July 25, 2023, order directing plaintiff to show cause why this matter should not be dismissed for failure to prosecute. See ECF No. 30.

    In support of the motion for an extension of time, plaintiff states that he is currently on parole and is homeless; that he lacks access to research material for his case; that he has a job; and that he has other basic needs to address while litigating this matter. See ECF No. 31.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 31) is GRANTED;

    2. Within sixty days from the date of this order, plaintiff shall file an opposition to defendants' motion to dismiss (ECF No. 29); and

////

3.  The Order to Show Cause, ECF No. 30, is hereby DISCHARGED.

DATED: August 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE