UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:21-cv-0153 DJC AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| L. ZARAGOZA, et al., | |
| Defendants. | |

    Plaintiff is a former state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. After defendants were ordered to file a response to the first amended complaint, they filed a motion to dismiss. ECF No. 29. The motion has now been denied. ECF No. 37.

    Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, defendants shall file an answer to the first amended complaint.

DATED: April 23, 2024

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE