UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br>Plaintiff,<br>v.<br>L. ZARAGOZA, et al.,<br>Defendants. | No. 2:21-cv-00153-DC-AC (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 45, 53) |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2026, the magistrate judge filed findings and recommendations recommending that Defendants' motion for summary judgment (ECF No. 45)be granted, and those findings and recommendations were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 53. Plaintiff filed objections to the findings and recommendations (ECF No. 54), to which defendants have responded (ECF No. 55). Plaintiff also filed a reply to defendant's response. ECF No. 56.

In his objections, Plaintiff objects to the magistrate judge's finding that administrative remedies were available to Plaintiff and that he did not exhaust those remedies before filing this

lawsuit, because in the screening order, the court's order denying Defendants' motion to dismiss, the court found that Plaintiff had sufficiently alleged that administrative remedies were unavailable to him. ECF No. 54 at 1. This objection is misplaced, however, because the legal standards applicable at the screening/pleading stage are less stringent than the standards at summary judgment, and as explained in the findings and recommendations, Plaintiff did not present evidence to substantiate his allegations, and the undisputed evidence showed that Plaintiff had filed numerous grievances and appeals during the time period at issue. ECF No. 53 at 12–15. Moreover, in his response to Defendants' response to his objections, Plaintiff relies on the Supreme Court's opinion in *Ross v. Blake*, 578 U.S. 632, 647 (2016), by quoting language from that decision, but the quoted language does not appear in that opinion. ECF No. 56. Thus, Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 53) are ADOPTED;

2. Defendants' motion for summary judgment (ECF No. 45) is GRANTED;

3. Plaintif's First Amended Complaint (ECF No. 6) is DISMISSED without prejudice for failure to exhaust administrative remedies; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dena Coggins
United States District Judge